UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>                    Petitioner,<br><br>    v.<br><br>JERI BOE,<br><br>                    Respondent. | CASE NO. 3:20-cv-05805-JCC-JRC<br><br>REPORT AND RECOMMENDATION<br><br>Noted for October 2, 2020 |

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and on referral from the District Court. Petitioner is currently confined in Clallum Bay Corrections Center and brings suit to challenge his November 30, 2011 conviction for first degree robbery of a financial institution under state court case number "09-4-04643-5." Dkt. 6, at 1. Petitioner initiated this action in August 2020 and proceeds *pro se*.

The Court takes judicial notice that in February 2020, petitioner brought a petition for writ of habeas corpus challenging this same conviction, and this prior habeas matter remains pending in this Court. *See* Dkt. 5, *Farnsworth v. Boe*, 3:20-cv-05067-BHS-JRC ("the -5067

REPORT AND RECOMMENDATION - 1

1  proceeding"). At the time that he filed his habeas petition in the present case, petitioner had the
2  right to amend his petition in the -5067 proceeding without leave of court. *See* Fed. R. Civ. P.
3  15(a)(1).

4  Federal courts retain broad powers to control their dockets and "prevent duplicative or
5  unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000); *Link v. Wabash R. Co.*,
6  370 U.S. 626, 630–31 (1962). Where a second habeas petition is filed while an earlier habeas
7  petition pertaining to the same state court proceeding is still pending, the district court should
8  construe the second petition as a motion to amend the earlier-filed petition. *Woods v. Carey*, 525
9  F.3d 886, 890 (9th Cir. 2008); *see also Goodrum v. Busby*, 824 F.3d 1188, 1194 (9th Cir. 2016)
10 (reiterating that *Woods* is "the law of our circuit"). And when any § 2254 habeas petition is
11 filed, Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court
12 requires a preliminary screening of a petition to determine whether it is serviceable.

13 Here, this habeas petition asserts challenges to and arises from the same state court
14 conviction as the -5067 proceeding. As noted, petitioner was able to amend his petition in the -
15 5067 proceeding as of right at the time that he filed his petition in this matter. Thus, the petition
16 in this matter should be filed as an amended petition in the -5067 proceeding and this case should
17 be administratively closed. *Accord Johnson v. Warden*, No. 117CV01697MJSHC, 2017 WL
18 6571533, at *2 (E.D. Cal. Dec. 26, 2017); *Gatlin v. Holbrook*, No. CV-11-3124-JPH, 2012 WL
19 259414, at *1 (E.D. Wash. Jan. 27, 2012).

20                                              **CONCLUSION**

21 The District Court should direct the clerk's office to file the habeas petition in this matter
22 (Dkt. 6) as an amended petition in *Farnsworth v. Boe*, 3:20-cv-05067-BHS-JRC, and to
23 administratively close this case.

24

REPORT AND RECOMMENDATION - 2

1 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).

Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on October 2, 2020, as noted in the caption. Also, a courtesy copy of this Report and Recommendation should be filed in cause number 3:20-cv-05067-BHS-JRC.

Dated this 14th day of September, 2020.

_____
J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3