THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH, | CASE NO. C20-5805-JCC |
| Petitioner, | ORDER |
| v. | |
| JERI BOE, | |
| Respondent. | |

This matter comes before the Court on Charles V. Farnsworth's petition for a writ of habeas corpus (Dkt. No. 6). Magistrate Judge J. Richard Creatura issued a Report and Recommendation recommending that the Court file Mr. Farnsworth's petition as an amended petition in *Farnsworth v. Boe*, C20-5067-BHS-JRC and administratively close this matter. (*See* Dkt. No. 7.) Mr. Farnsworth did not object. Having thoroughly considered the Report and Recommendation and the relevant record, the Court ADOPTS the Report and Recommendation and DIRECTS the clerk to close this matter and docket Mr. Farnsworth's habeas petition as an amended petition in *Farnsworth v. Boe*, C20-5067-BHS-JRC. The Court further DIRECTS the clerk to send a copy of this order to Mr. Farnsworth and Judge Creatura.

//

//

//

ORDER
C20-5805-JCC
PAGE - 1

1 | DATED this 3rd day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-5805-JCC
PAGE - 2